# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
December 18, 2015

No. 13-10899

Lyle W. Cayce
Clerk

BEATRICE LUNA, Individually and as Representative of the Estate of Israel Leija, Jr.; CHRISTINA MARIE FLORES, as Next Friend of J.L. and J.L., Minor Children,

      Plaintiffs - Appellees

v.

CHADRIN LEE MULLENIX, In His Individual Capacity,

      Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:12-CV-152

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KING, HAYNES and GRAVES, Circuit Judges.

PER CURIAM:[*]

    This case returns to us from the Supreme Court, No. 14-1143, *Mullenix v. Luna*, following the Court's grant of certiorari to consider our affirmance of the district court's judgment. *Luna v. Mullenix*, 773 F.3d 712 (5th Cir. 2014).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10899

The Supreme Court reversed our judgment. Accordingly, we now **REVERSE** the district court's judgment for the reasons outlined in the Supreme Court's opinion and **RENDER** judgment in favor of Mullenix.